UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA-AMERICAN WATER COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TOWN OF MOORESVILLE, THE MOORESVILLE TOWN COUNCIL, GEORGE WATKINS, JEFFREY M. COOK, ANTHONY LANGLEY, VIRGINIA PERRY, and MARK MATHIS, )<br>)<br>Defendants. ) | CAUSE NO.: 1:12-CV-1493-TWP-DML |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Indiana-American Water Company, Inc., by counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Indiana-American Water Company, Inc. is a wholly bound subsidiary of American Water Works Company, Inc., which is a publicly-traded company.

*s/Bart A. Karwath*
Bart A. Karwath, No. 16088-49
bart.karwath@btlaw.com
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433

Attorneys for Plaintiff
Indiana-American Water Company

- 2 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was electronically filed this 18th day of October, 2012.  Notice of this filing will be sent to all parties listed below by operation of the Court's electronic filing system which the parties may access through the Court's system.

                              Caren L. Pollack
                      epollcak@pollacklawpc.com


                                      *s/Bart A. Karwath*

INDS02 BAK 1243058v1