UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA-AMERICAN WATER COMPANY, INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) CASE NO: 1:12-cv-1493-TWP-DML ) |
| TOWN OF MOORESVILLE, et al, | ) ) |
| Defendants. | ) |

## Entry and Order from Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on December 17, 2012, with the magistrate judge. The case management plan submitted in this case is approved as amended to include (1) Sec. III E. The parties shall submit (not file) courtesy copies of their respective demand and response at the time of service via email to *judgelynchchambers@insd.uscourts.gov*. There is no need to follow the email with a hard copy; and (2) the modifications set forth on the approval page (last page) of the document.

This case is set for a telephone status conference on **February 5, 2013, at 3:00 p.m.** Counsel are to contact the court at 317.229.3630 to participate in the conference. Where there are multiple counsel from a firm participating in the conference, those counsel should make arrangements to call the court on a single line.

So ORDERED.

Date: 12/18/2012

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system